PROB 12C
(7/93)

RECEIVED

# United States District Court

## for

## District of New Jersey

NOV 17 2009

AT 8:30

WILLIAM T. WALSH M

CLERK

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jared Hayes

**Docket Number:** 02-00747-001
**PACTS Number:** 31347

**Name of Sentencing Judicial Officer:** Honorable Garrett E. Brown, Jr., Chief United States District Court Judge

**Date of Original Sentence:** 04/07/03
**Date of Violation of Supervised Release:** 03/20/07

**Original Offense:** Bank Fraud

**Original Sentence:** 27 months imprisonment; 3 years supervised release.
**Sentence for Violation of Supervised Release:** 3 months imprisonment, 30 months supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 05/22/07

**Assistant U.S. Attorney:** Norville McAndrew, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190 (To be reassigned)

**Defense Attorney:** Scott Krasny, Esq., Furlong and Krasny, 820 Bear Tavern Road, West Trenton, New Jersey, 08628 (609) 882-0288

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The offender shall pay his restitution at a monthly rate of $250.**' |
| | The offender was ordered at the time of sentencing to pay restitution in the amount of $206,811.55. This was to be repaid at a rate of $250 per month at the time of the original sentence. At the time of the violation, the monthly repayment schedule was continued as ordered. Over the course of the past five years on supervision, the offender has paid a total of $1,911, an average of $32 per month. |

I declare under penalty of perjury that the foregoing is true and correct.

By:  Shawn Marie Leakan
U.S. Probation Officer
Date:  11/16/09

THE COURT ORDERS:

[  ]  The Issuance of a Warrant
[ ✓ ]  The Issuance of a Summons.  Date of Hearing: 12/7/09 at 11 AM.
[  ]  No Action
[  ]  Other

Signature of Judicial Officer

November 16, 2009
Date